OPINION — AG — KEY WORDS: CHARITABLE AND BENEVOLENT CORPORATION, QUALIFIES AS THIS, ARTICLES OF INCORPORATION QUESTION: CAN THIS " IWANA CLUB " THAT WILL HAVE DANCING, MEMBERS BRINGING THEIR OWN LIQUOR, BUT WILL NOT SELL ALCOHOL BEVERAGES. SHOULD I FILE THESE ARTICLES AND ISSUE A CHARTER AS A CHARITABLE AND BENEVOLENT CORPORATION.? — NEGATIVE CITE: 18 O.S. 1961 581 [18-581] (CHARLES OWENS)